# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNE MARIE B. COYLE**, Plaintiff, v. **CHARLES TALBERT,** Defendant. | **CRIMINAL ACTION** **NO. 20-195-KSM** |

## ORDER

**AND NOW**, this 13th day of July, 2020, upon consideration of Charles Talbert's Notice of Removal (Doc. No. 1), it is **ORDERED** as follows:

1. Talbert's Notice of Removal from State Court is **DENIED**.

2. This case shall be **REMANDED** forthwith to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1455(b)(4).

3. The Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.